# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Evangelia Kotsias<br>Debtor(s) | Chapter 13<br>Case No. 5:16–bk–03768–RNO |

## Notice

Pursuant to Bankruptcy Rules 1007, and 3015, and 11 U.S.C. 110, 329, and 521, the documents below must be filed to complete the above−referenced petition. If all documents required under Section 521 (in a Chapter 7 or 13 individual case) are not filed, the case may be **dismissed**.

This notice is being issued because the document(s) listed below were either not filed or not filed using the Official Bankruptcy Form(s) (if applicable).

**The following document(s), if listed below, are due immediately:**

**The following document(s), if listed below, are due within fourteen (14) days of the initial filing of petition unless stated otherwise:**

- 106Sum – Summary of Your Assets and Liabilities and Certain Statistical Information.
- 106Dec – Declaration About an Individual Debtor's Schedules.
- 106A/B – Schedule A/B: Property.
- 106C – Schedule C: The Property You Claim as Exempt.
- 106D – Schedule D: Creditors Who Have Claims Secured by Property.
- 106E/F – Schedule E/F: Creditors Who Have Unsecured Claims.
- 106G – Schedule G: Executory Contracts and Unexpired Leases.
- 106H – Schedule H: Your Codebtors.
- 106I – Schedule I: Your Income.
- 106J – Schedule J: Your Expenses:
- 107 – Statement of Financial Affairs for Individuals Filing for Bankruptcy.
- Employee Income Records (Payment Advices) – received from employer for income earned within sixty (60) days before filing and/or Certification of No Payment Advices on Local Bankruptcy Form 1007−1(c) (Individual Cases Only). Social Security Number should be redacted.
- 122C−1 – Chapter 13 Statement of Your Current Monthly Income and Calcuation of Commitment Period.
- 122C−2 – Chapter 13 Calcuation of Your disposal Income.
- Chapter 13 Plan. Local Bankruptcy Form 3015−1

*To obtain the most recent Official Bankruptcy Forms, please refer to*
*http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx*

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: karendavis |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 14, 2016 |