# Notice Recipients

| District/Off: 0314–5 | User: karendavi | Date Created: 9/14/2016 |
|---|---|---|
| Case: 5:16–bk–03768–RNO | Form ID: ntdeffil | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty      Philip W. Stock      pwstock@ptd.net

                TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Evangelia Kotsias      3259 Mountain View Drive      Tannersville, PA 18372

                TOTAL: 1